**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Protec Instrument Corporation** |

| | |
|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-3942397** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **38 Edge Hill Road**<br>**Waltham, MA 02451**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Protec Instrument Corporation**
        Name                                                    Case number (*if known*) _____

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Protec RE Holdings Inc.** _____    Relationship    **Affiliate** _____

District    **Eastern District of Massachusetts** ____    When _____    Case number, if known _____

---

Debtor   **Protec Instrument Corporation**                                    Case number (*if known*) _____
         Name

---

**11.  Why is the case filed in**      *Check all that apply:*
     ***this district?***

     ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
         preceding the date of this petition or for a longer part of such 180 days than in any other district.

     ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**      ■ No
     **have possession of any**
     **real property or personal**   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **property that needs**
     **immediate attention?**           **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                            What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                            livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?** _____
                                                                    Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.   Insurance agency _____

                                                 Contact name _____

                                                 Phone _____

---

█   **Statistical and administrative information**

**13.  Debtor's estimation of**      .   *Check one:*
     **available funds**

                                     ■   Funds will be available for distribution to unsecured creditors.

                                     ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**      ☐ 1-49                    ☐ 1,000-5,000           ☐ 25,001-50,000
     **creditors**               ■ 50-99                    ☐ 5001-10,000           ☐ 50,001-100,000
                                  ☐ 100-199                 ☐ 10,001-25,000         ☐ More than100,000
                                  ☐ 200-999

---

**15.  Estimated Assets**      ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    Protec Instrument Corporation _____    Case number (if known) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____          **Verena Streber**
Signature of authorized representative of debtor    Printed name

Title    **President** _____

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                 MM / DD / YYYY

**Nina M.  Parker 389990** _____
Printed name

**Parker and Associates** _____
Firm name

**10 Converse Place, Suite 201**
**Winchester, MA 01890** _____
Number, Street, City, State & ZIP Code

Contact phone    **(781)729-0005** _____    Email address    **nparker@ninaparker.com** _____

**389990 MA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Protec Instrument Corporation**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June 25, 2019__     X /s/ Verena Streber
                                       Signature of individual signing on behalf of debtor

                                       **Verena Streber**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Form **1120**

**U.S. Corporation Income Tax Return**
For calendar year 2016 or tax year

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

beginning _____, ending _____

▶ Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

**2016**

**A** Check if:
1a Consolidated return (attach Form 851)
1b Life/nonlife consolidated return
2 Personal holding co. (attach Sch PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 attached

TYPE OR PRINT

**Name**
PROTEC INSTRUMENT CORPORATION

Number, street, and room or suite no. If a P.O. box, see instructions.
35 EDGE HILL ROAD

City or town, state, or province, country, and ZIP or foreign postal code
WALTHAM, MA  02451

**B** Employer identification number
46-3942397

**C** Date incorporated
06/17/2013

**D** Total assets (see instructions)
$ 3,967,833.

**E** Check if: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales | 1a | 3,065,479. |
| | b Returns and allowances | 1b | |
| | c Balance. Subtract line 1b from line 1a | 1c | 3,065,479. |
| | 2 Cost of goods sold (attach Form 1125-A) | 2 | 1,200,871. |
| | 3 Gross profit. Subtract line 2 from line 1c | 3 | 1,864,608. |
| | 4 Dividends (Schedule C, line 19) | 4 | |
| | 5 Interest | 5 | |
| | 6 Gross rents | 6 | |
| | 7 Gross royalties | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| | 10 Other income (attach statement) SEE STATEMENT 2 | 10 | 23,882. |
| | 11 **Total income.** Add lines 3 through 10 ▶ | 11 | 1,888,490. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (attach Form 1125-E) | 12 | |
| | 13 Salaries and wages (less employment credits) | 13 | 201,028. |
| | 14 Repairs and maintenance | 14 | -830. |
| | 15 Bad debts | 15 | |
| | 16 Rents | 16 | 260,330. |
| | 17 Taxes and licenses SEE STATEMENT 3 | 17 | 45,574. |
| | 18 Interest | 18 | 46. |
| | 19 Charitable contributions | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 3,050. |
| | 21 Depletion | 21 | |
| | 22 Advertising | 22 | 94,311. |
| | 23 Pension, profit-sharing, etc., plans | 23 | |
| | 24 Employee benefit programs | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | 25 | |
| | 26 Other deductions (attach statement) SEE STATEMENT 4 | 26 | 1,889,599. |
| | 27 **Total deductions.** Add lines 12 through 26 ▶ | 27 | 2,493,108. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -604,618. |
| | 29a Net operating loss deduction (see instructions) STATEMENT 5 | 29a | 0. |
| | b Special deductions (Schedule C, line 20) | 29b | |
| | c Add lines 29a and 29b | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -604,618. |
| | 31 Total tax (Schedule J, Part I, line 11) | 31 | 0. |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | |
| | 33 Estimated tax penalty. See instructions. Check if Form 2220 is attached ▶ ☐ | 33 | |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2017 estimated tax ▶ _____ Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

COPY

▶ Signature of officer _____ Date _____

▶ PRESIDENT
Title

May the IRS discuss this return with the preparer shown below?
☒ Yes ☐ No

**Paid Preparer Use Only**

Print/Type preparer's name
JOHN P. MITCHELL

Preparer's signature

Date
08/29/17

Check ☐ if self-employed

PTIN
P00176977

Firm's name ▶ PROVANZANO & MARCHESIANI PC

Firm's EIN ▶ 04-2930395

Firm's address ▶ 607 NORTH AVE STE F
WAKEFIELD, MA 01880-1635

Phone no.
(781) 245-1100

611601
12-27-16  JWA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120** (2016)

Form 1120 (2016)   PROTEC INSTRUMENT CORPORATION                                    46-3942397   Page 2

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | Total. Add lines 1 through 8 | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | Total dividends. Add lines 1 through 17. Enter here and on page 1, line 4  ▶ | | | |
| 20 | Total special deductions. Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ................ ▶ | | | |

Form **1120** (2016)

611611
12-26-16   JWA

Form 1120 (2016)    PROTEC INSTRUMENT CORPORATION                                    46-3942397    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | | |
|---|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ ☒ | | | |
| 2 | Income tax. Check if a qualified personal service corporation. | | | |
| | See instructions ▶ ☐ | | 2 | 0. |
| 3 | Alternative minimum tax (attach Form 4626) | | 3 | |
| 4 | Add lines 2 and 3 | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | |
| b | Credit from Form 8834 (see instructions) | 5b | | |
| c | General business credit (attach Form 3800) | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | |
| e | Bond credits from Form 8912 | 5e | | |
| 6 | Total credits. Add lines 5a through 5e | | 6 | |
| 7 | Subtract line 6 from line 4 | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | |
| c | Interest due under the look-back method-completed long-term contracts | | | |
| | (attach Form 8697) | 9c | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | |
| f | Other (see instructions - attach statement) | 9f | | |
| 10 | Total. Add lines 9a through 9f | | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | 11 | 0. |

**Part II - Payments and Refundable Credits**

| | | | | |
|---|---|---|---|---|
| 12 | 2015 overpayment credited to 2016 | | 12 | |
| 13 | 2016 estimated tax payments | | 13 | |
| 14 | 2016 refund applied for on Form 4466 | | 14 | ( ) |
| 15 | Combine lines 12, 13, and 14 | | 15 | |
| 16 | Tax deposited with Form 7004 | | 16 | |
| 17 | Withholding (see instructions) | | 17 | |
| 18 | Total payments. Add lines 15, 16, and 17 | | 18 | |
| 19 | Refundable credits from: | | | |
| a | Form 2439 | 19a | | |
| b | Form 4136 | 19b | | |
| c | Form 8827, line 8c | 19c | | |
| d | Other (attach statement - see instructions) | 19d | | |
| 20 | Total credits. Add lines 19a through 19d | | 20 | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 | | 21 | |

| Schedule K | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ | | | | |
| 2 | See the instructions and enter the: | | | | |
| a | Business activity code no. ▶ 339900 | | | | |
| b | Business activity ▶ MANUFACTURER AND SAL | | | | |
| c | Product or service ▶ LEAD DETECTION | | | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? | | | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | | | |
| | | | | | |
| 4 | At the end of the tax year: | | | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt | | | | |
| | organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the | | | | |
| | corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | | | X | |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all | | | | |
| | classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) | | | | X |

Form **1120** (2016)

611621
12-27-16    JWA

Form 1120 (2016)  **PROTEC INSTRUMENT CORPORATION**                    46-3942397  Page **4**

| Schedule K | Other Information (continued from page 3) | | | | Yes | No |
|---|---|---|---|---|---|---|

**5  At the end of the tax year, did the corporation:**

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ............  **X**

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............  **X**

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**6**  During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 ............  **X**

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7**  At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock? ............  **X**

For rules of attribution, see section 318. If "Yes," enter:

(i) Percentage owned ▶  **100.0000**  and (ii) Owner's country ▶  **FRANCE**

(c) The corporation may have to file **Form 5472**,  Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶  **1**

**8**  Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9**  Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $

**10**  Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶  **1**

**11**  If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ............ ▶ ☒

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election won't be valid.

**12**  Enter the available NOL carryover from prior tax years (don't reduce it by any deduction on line 29a.) ▶ $  **406,788.**

**13**  Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year and its total assets at the end of the tax year less than $250,000? ............  **X**

If "Yes," the corporation isn't required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶ $

**14**  Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions ............  **X**

If "Yes," complete and attach Schedule UTP.

**15a**  Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? ............  **X**

**b**  If "Yes," did or will the corporation file required Forms 1099? ............  **X**

**16**  During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? ............  **X**

**17**  During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? ............  **X**

**18**  Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? ............  **X**

**19**  During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? ............  **X**

611832
12-28-16   JWA                                                              Form **1120** (2016)

Form 1120 (2016)   PROTEC INSTRUMENT CORPORATION   46-3942397   Page 5

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 85,092. | | 55,024. |
| 2a Trade notes and accounts receivable | 560,080. | | 726,427. | |
| b Less allowance for bad debts | ( ) | 560,080. | ( 139,000 ) | 587,427. |
| 3 Inventories | | 304,487. | | 266,815. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (att. stmt.) STMT 6 | | 1,190,022. | | 2,357,369. |
| 7 Loans to shareholders | | | | |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (att. stmt.) | | | | |
| 10a Buildings and other depreciable assets | 583,135. | | 583,135. | |
| b Less accumulated depreciation | ( 267,213 ) | 315,922. | ( 391,363 ) | 191,772. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | ( ) | | ( ) | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | 501,826. | | 501,826. | |
| b Less accumulated amortization | ( ) | 501,826. | ( ) | 501,826. |
| 14 Other assets (att. stmt.) STMT 7 | | 7,600. | | 7,600. |
| 15 Total assets | | 2,965,029. | | 3,967,833. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 335,477. | | 561,875. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (att. stmt.) STMT 8 | | 392,822. | | 613,461. |
| 19 Loans from shareholders | | 1,702,935. | | 2,002,935. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 Other liabilities (att. stmt.) | | | | |
| 22 Capital stock  a Preferred stock | 150,000. | | 150,000. | |
| b Common stock | 1,000. | 151,000. | 1,000. | 151,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings - Appropriated (attach statement) | | | | |
| 25 Retained earnings - Unappropriated | | 382,795. | | 638,562. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | |
| 27 Less cost of treasury stock | | ( ) | | ( ) |
| 28 Total liabilities and shareholders' equity | | 2,965,029. | | 3,967,833. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | | 255,767. | 7 Income recorded on books this year not included on this return (itemize): Tax-exempt interest  $ | | |
| 2 Federal income tax per books | | | | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| a Depreciation  $  121,100. | | | a Depreciation  $ | | |
| b Charitable contributions  $ | | | b Charitable contributions  $ | | |
| c Travel and entertainment  $  1,559. | | | STMT 10  1,539,754. | | 1,539,754. |
| STMT 9  556,710. | | 679,369. | 9 Add lines 7 and 8 | | 1,539,754. |
| 6 Add lines 1 through 5 | | 935,136. | 10 Income (page 1, line 28) - line 6 less line 9 | | -604,618. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 Balance at beginning of year | | | 5 Distributions:  a Cash | | |
| 2 Net income (loss) per books | | | b Stock | | |
| 3 Other increases (itemize): | | | c Property | | |
| | | | 6 Other decreases (itemize): | | |
| | | | 7 Add lines 5 and 6 | | |
| 4 Add lines 1, 2, and 3 | | | 8 Balance at end of year (line 4 less line 7) | | |

611831
12-27-16  JWA

Form **1120** (2016)

**SCHEDULE O**
**(Form 1120)**

(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule for a Controlled Group

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.
▶ Information about Schedule O (Form 1120) and its instructions is available at www.irs.gov/form1120.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

## Part I    Apportionment Plan Information

**1** Type of controlled group:
a [X] Parent-subsidiary group
b [ ] Brother-sister group
c [ ] Combined group
d [ ] Life insurance companies only

**2** This corporation has been a member of this group:
a [X] For the entire year.
b [ ] From _____ , until _____ .

**3** This corporation consents and represents to:
a [X] Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on **DECEMBER 31, 2016** , and for all succeeding tax years.
b [ ] Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.
c [ ] Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.
d [ ] Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:
a [ ] Elected by the component members of the group.
b [ ] Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).
a [ ] No apportionment plan is in effect and none is being adopted.
b [ ] An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.
a [ ] Yes.
   (i) [ ] The statute of limitations for this year will expire on _____ .
   (ii) [ ] On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment until _____ .
b [X] No. The members may not adopt or amend an apportionment plan.

**7** Required information and elections for component members. Check the applicable box(es) (see instructions).
a [ ] The corporation will determine its tax liability by applying the maximum tax rate imposed by section 11 to the entire amount of its taxable income.
b [ ] The corporation and the other members of the group elect the FIFO method (rather than defaulting to the proportionate method) for allocating the additional taxes for the group imposed by section 11(b)(1).
c [ ] The corporation has a short tax year that does not include December 31.

For Paperwork Reduction Act Notice, see Instructions for Form 1120.

Schedule O (Form 1120) (Rev. 12-2012)

613335 04-01-16 JWA

Schedule O (Form 1120) (Rev. 12-2012)  PROTEC INSTRUMENT CORPORATION

46-3942397    Page 4

**Part IV    Other Apportionments (See instructions)**

| (a)<br>Group member's name | (b)<br>Accumulated<br>earnings<br>credit | Other Apportionments | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | (c)<br>AMT<br>exemption<br>amount | (d)<br>Phaseout of<br>AMT exemption<br>amount | (e)<br>Penalty for<br>failure to pay<br>estimated tax | (f)<br>Other | |
| 1 | | | | | | |
| 2  PROTEC INSTRUMENT CORPORATION | | 40,000. | 310,000. | | | |
| 3  PROTEC RE HOLDINGS INC | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| **Total** | | 40,000. | 310,000. | | | |

Schedule O (Form 1120) (Rev. 12-2012)

513338
04-01-18

JWA

| Form **1125-A** | **Cost of Goods Sold** | | OMB No. 1545-0123 |
|---|---|---|---|
| (Rev. October 2016) | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B. | | |
| Department of the Treasury Internal Revenue Service | ▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a. | | |

| Name | | Employer identification number |
|---|---|---|
| PROTEC INSTRUMENT CORPORATION | | 46-3942397 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 304,487. |
| 2 | Purchases | 2 | 787,979. |
| 3 | Cost of labor | 3 | 286,907. |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 11 | 5 | 88,313. |
| 6 | Total. Add lines 1 through 5 | 6 | 1,467,686. |
| 7 | Inventory at end of year | 7 | 266,815. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,200,871. |

9 a  Check all methods used for valuing closing inventory:
- (i)  ☐ Cost
- (ii)  ☒ Lower of cost or market
- (iii)  ☐ Other (Specify method used and attach explanation) ▶ _____

b  Check if there was a writedown of subnormal goods ........................................................................................ ▶ ☐

c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................... ▶ ☐

d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

e  If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........... ☐ Yes ☒ No

f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............... ☐ Yes ☒ No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.                     Form **1125-A** (Rev. 10-2016)

624441
11-21-16    JWA

Form **3800**

Department of the Treasury
Internal Revenue Service   (99)

# General Business Credit

▶ Information about Form 3800 and its separate instructions is at *www.irs.gov/form3800*.
▶ You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return.

OMB No. 1545-0895

**2016**

Attachment
Sequence No. **22**

Name(s) shown on return

PROTEC INSTRUMENT CORPORATION

Identifying number

46-3942397

| Part I | Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT) |
|---|---|

(See instructions and complete Part(s) III before Parts I and II)

| | | | | |
|---|---|---|---|---|
| 1 | General business credit from line 2 of all Parts III with box A checked | | 1 | 118,368. |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked | 2 | | |
| 3 | Enter the applicable passive activity credits allowed for 2016 (see instructions) | | 3 | |
| 4 | Carryforward of general business credit to 2016. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | | 4 | 70,134. |
| 5 | Carryback of general business credit from 2017. Enter the amount from line 2 of Part III with box D checked | | 5 | |
| 6 | Add lines 1, 3, 4, and 5 | | 6 | 188,502. |

| Part II | Allowable Credit |
|---|---|

| | | | | |
|---|---|---|---|---|
| 7 | Regular tax before credits:<br>● Individuals. Enter the sum of the amounts from Form 1040, lines 44 and 46, or the sum of the amounts from Form 1040NR, lines 42 and 44<br>● Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return<br>● Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b; or the amount from the applicable line of your return | | 7 | 0. |
| 8 | Alternative minimum tax:<br>● Individuals. Enter the amount from Form 6251, line 35<br>● Corporations. Enter the amount from Form 4626, line 14<br>● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 56 | | 8 | 0. |
| 9 | Add lines 7 and 8 | | 9 | 0. |
| 10a | Foreign tax credit | 10a | | |
| b | Certain allowable credits (see instructions) | 10b | | |
| c | Add lines 10a and 10b | | 10c | |
| 11 | Net income tax. Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | | 11 | 0. |
| 12 | Net regular tax. Subtract line 10c from line 7. If zero or less, enter -0- | 12 | 0. | |
| 13 | Enter 25% (.25) of the excess, if any, of line 12 over $25,000 (see instructions) | 13 | | |
| 14 | Tentative minimum tax:<br>● Individuals. Enter the amount from Form 6251, line 33<br>● Corporations. Enter the amount from Form 4626, line 12<br>● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54 | 14 | | |
| 15 | Enter the greater of line 13 or line 14 | | 15 | |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- | | 16 | |
| 17 | Enter the smaller of line 6 or line 16 | | 17 | |
| | C corporations: See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | | |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **3800** (2016)

614401  11-23-16

Form 3800 (2016)   PROTEC INSTRUMENT CORPORATION   46-3942397   Page 2

| Part II | Allowable Credit *(Continued)* | | |

Note: If you are not required to report any amounts on lines 22 or 24 below, skip lines 18 through 25 and enter -0- on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (.75) (see instructions) | 18 | |
| 19 | Enter the greater of line 13 or line 18 | 19 | |
| 20 | Subtract line 19 from line 11. If zero or less, enter -0- | 20 | |
| 21 | Subtract line 17 from line 20. If zero or less, enter -0- | 21 | |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked | 22 | |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked ........ | 23 | | |
| 24 | Enter the applicable passive activity credit allowed for 2016 (see instructions) | 24 | |
| 25 | Add lines 22 and 24 | 25 | |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 | 26 | |
| 27 | Subtract line 13 from line 11. If zero or less, enter -0- | 27 | 0. |
| 28 | Add lines 17 and 26 | 28 | |
| 29 | Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 0. |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked | 30 | |
| 31 | Reserved | 31 | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked ........ | 32 | | |
| 33 | Enter the applicable passive activity credits allowed for 2016 (see instructions) | 33 | |
| 34 | Carryforward of business credit to 2016. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach | 34 | |
| 35 | Carryback of business credit from 2017. Enter the amount from line 5 of Part III with box D checked (see instructions) | 35 | |
| 36 | Add lines 30, 33, 34, and 35 | 36 | |
| 37 | Enter the smaller of line 29 or line 36 | 37 | 0. |
| 38 | **Credit allowed for the current year. Add lines 28 and 37.**<br>Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return.<br>• Individuals. Form 1040, line 54, or Form 1040NR, line 51 ...........<br>• Corporations. Form 1120, Schedule J, Part I, line 5c ...........<br>• Estates and trusts. Form 1041, Schedule G, line 2b ........... | 38 | 0. |

Form **3800** (2016)

Form 3800 (2016)  Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

## Part III   General Business Credits or Eligible Small Business Credits (see Instructions)

Complete a separate Part III for each box checked below (see instructions).

A  [X]  General Business Credit From a Non-Passive Activity   E  [ ]  Reserved

B  [ ]  General Business Credit From a Passive Activity   F  [ ]  Reserved

C  [ ]  General Business Credit Carryforwards   G  [ ]  Eligible Small Business Credit Carryforwards

D  [ ]  General Business Credit Carrybacks   H  [ ]  Reserved

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III ............................................................. ▶ [ ]

| | (a) Description of credit<br>Note: On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity. | | (b)<br>If claiming the credit from a pass-through entity, enter the EIN | (c)<br>Enter the appropriate amount |
|---|---|---|---|---|
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ............... | 1a | | |
| b | Reserved ........................................................................ | 1b | | |
| c | Increasing research activities (Form 6765) ................................ | 1c | | 118,368. |
| d | Low-income housing (Form 8586, Part I only) ........................... | 1d | | |
| e | Disabled access (Form 8826) (see instructions for limitation) .......... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) ........ | 1f | | |
| g | Indian employment (Form 8845) ............................................. | 1g | | |
| h | Orphan drug (Form 8820) ..................................................... | 1h | | |
| i | New markets (Form 8874) .................................................... | 1i | | |
| j | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) ............... | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ........................... | 1m | | |
| n | Distilled spirits (Form 8906) ................................................. | 1n | | |
| o | Nonconventional source fuel (carryforward only) ........................ | 1o | | |
| p | Energy efficient home (Form 8908) ......................................... | 1p | | |
| q | Energy efficient appliance (carryforward only) ........................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ..................................... | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ................. | 1s | | |
| t | Reserved ........................................................................ | 1t | | |
| u | Mine rescue team training (Form 8923) ................................... | 1u | | |
| v | Agricultural chemicals security (carryforward only) ..................... | 1v | | |
| w | Employer differential wage payments (Form 8932) ...................... | 1w | | |
| x | Carbon dioxide sequestration (Form 8933) ............................... | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ............ | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) ................... | 1z | | |
| aa | New hire retention (carryforward only) ..................................... | 1aa | | |
| bb | General credits from an electing large partnership (Schedule K-1 (Form 1065-B)) ... | 1bb | | |
| zz | Other. Enhanced oil recovery (Form 8830) and certain other credits ...... | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I ......... | 2 | | 118,368. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II ........ | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) .................... | 4a | | |
| b | Work opportunity (Form 5884) .............................................. | 4b | | |
| c | Biofuel producer (Form 6478) ............................................... | 4c | | |
| d | Low-income housing (Form 8586, Part II) ................................. | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) ........ | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) ...................... | 4g | | |
| h | Small employer health insurance premiums (Form 8941) .............. | 4h | | |
| i | Increasing research activities (Form 6765) ............................... | 4i | | |
| j | Reserved ........................................................................ | 4j | | |
| z | Other ............................................................................ | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II ......... | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II ......... | 6 | | 118,368. |

614403  11-23-16                     Form **3800** (2016)

Form 3800 (2016)                                                                    Page 3

| Name(s) shown on return | Identifying number |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

**Part III** | **General Business Credits or Eligible Small Business Credits** (see instructions)

Complete a separate Part III for each box checked below (see instructions).

A ☐ General Business Credit From a Non-Passive Activity    E ☐ Reserved

B ☐ General Business Credit From a Passive Activity    F ☐ Reserved

C ☒ General Business Credit Carryforwards    G ☐ Eligible Small Business Credit Carryforwards

D ☐ General Business Credit Carrybacks    H ☐ Reserved

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all Parts III with box A or B checked. Check here if this is the consolidated Part III ......................................................... ▶ ☐

**Note:** On any line where the credit is from more than one source, a separate Part III is needed for each pass-through entity.

| | (a) Description of credit | | (b) If claiming the credit from a pass-through entity, enter the EIN | (c) Enter the appropriate amount |
|---|---|---|---|---|
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) ............ | 1a | | |
| b | Reserved ................................................................. | 1b | | |
| c | Increasing research activities (Form 6765) ........................... | 1c | | 70,134. |
| d | Low-income housing (Form 8586, Part I only) ........................ | 1d | | |
| e | Disabled access (Form 8826) (see instructions for limitation) ....... | 1e | | |
| f | Renewable electricity, refined coal, and Indian coal production (Form 8835) ...... | 1f | | |
| g | Indian employment (Form 8845) ....................................... | 1g | | |
| h | Orphan drug (Form 8820) .............................................. | 1h | | |
| i | New markets (Form 8874) .............................................. | 1i | | |
| j | Small employer pension plan startup costs (Form 8881) (see instructions for limitation) | 1j | | |
| k | Employer-provided child care facilities and services (Form 8882) (see instructions for limitation) ....... | 1k | | |
| l | Biodiesel and renewable diesel fuels (attach Form 8864) ........... | 1l | | |
| m | Low sulfur diesel fuel production (Form 8896) ....................... | 1m | | |
| n | Distilled spirits (Form 8906) .......................................... | 1n | | |
| o | Nonconventional source fuel (carryforward only) ................... | 1o | | |
| p | Energy efficient home (Form 8908) ................................... | 1p | | |
| q | Energy efficient appliance (carryforward only) ..................... | 1q | | |
| r | Alternative motor vehicle (Form 8910) ............................... | 1r | | |
| s | Alternative fuel vehicle refueling property (Form 8911) ........... | 1s | | |
| t | Reserved ................................................................. | 1t | | |
| u | Mine rescue team training (Form 8923) .............................. | 1u | | |
| v | Agricultural chemicals security (carryforward only) ................ | 1v | | |
| w | Employer differential wage payments (Form 8932) ................. | 1w | | |
| x | Carbon dioxide sequestration (Form 8933) .......................... | 1x | | |
| y | Qualified plug-in electric drive motor vehicle (Form 8936) ......... | 1y | | |
| z | Qualified plug-in electric vehicle (carryforward only) .............. | 1z | | |
| aa | New hire retention (carryforward only) .............................. | 1aa | | |
| bb | General credits from an electing large partnership (Schedule K-1 (Form 1065-B)) ... | 1bb | | |
| zz | Other. Enhanced oil recovery (Form 8830) and other credits ...... | 1zz | | |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I ........ | 2 | | 70,134. |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II ........ | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) ................ | 4a | | |
| b | Work opportunity (Form 5884) ........................................ | 4b | | |
| c | Biofuel producer (Form 6478) ........................................ | 4c | | |
| d | Low-income housing (Form 8586, Part II) ............................ | 4d | | |
| e | Renewable electricity, refined coal, and Indian coal production (Form 8835) ...... | 4e | | |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) .............................................. | 4f | | |
| g | Qualified railroad track maintenance (Form 8900) ................. | 4g | | |
| h | Small employer health insurance premiums (Form 8941) .......... | 4h | | |
| i | Increasing research activities (Form 6765) .......................... | 4i | | |
| j | Reserved ................................................................. | 4j | | |
| z | Other .................................................................... | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II ...... | 5 | | |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II ........ | 6 | | 70,134. |

614403 11-23-16                                                                    Form 3800 (2016)

**SCHEDULE G**
**(Form 1120)**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

▶ Attach to Form 1120.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

**Part I**   **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| LABORATOIRES PROTEC S.A. | 46-3942397 | CORPORATION | FRANCE | 100.00% |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

617701
04-01-16   JWA

Schedule G (Form 1120) (Rev. 12-2011)

| Form **1125-E** | | **Compensation of Officers** | | | | OMB No. 1545-0123 |
|---|---|---|---|---|---|---|
| (Rev. October 2016) | | ▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S. | | | | |
| Department of the Treasury Internal Revenue Service | | ▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e. | | | | |

| Name | Employer Identification number |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

Note: Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 VERENA STREBER | | 100% | | | 116,975. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| 2 | Total compensation of officers .............................................................................................................. | 2 | 116,975. |
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return .................................................... | 3 | 116,975. |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ................................................................................................................ | 4 | 0. |

For Paperwork Reduction Act Notice, see separate instructions.                                      Form **1125-E** (Rev. 10-2016)

624451 11-21-16   JWA

| Form **4562** | | **Depreciation and Amortization**<br>(Including Information on Listed Property) **OTHER**<br>▶ Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | | ▶ Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | **2016**<br>Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PROTEC INSTRUMENT CORPORATION | OTHER DEPRECIATION | 46-3942397 |

**Part I** Election To Expense Certain Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,010,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 500,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562 | | **10** | 133,409. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | 0. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | 0. |
| 13 | Carryover of disallowed deduction to 2017. Add lines 9 and 10, less line 12 ▶ | **13** | 133,409. | |

Note: Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III** MACRS Depreciation (Don't include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 3,050. |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 3,050. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

616251 12-21-16   LHA   For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2016)

Form 4562 (2016)  PROTEC INSTRUMENT CORPORATION  46-3942397  Page 2

**Part V** | Listed Property (include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed?  [X] Yes  [ ] No  24b If "Yes," is the evidence written?  [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26  Property used more than 50% in a qualified business use: | | | | | | | | |
| AUTOMOBILE | 060214 | 100.00 % | 27,871. | 16,711. | 5.00 | 200DB-HY | 3,050. | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27  Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | 3,050. | |
| 29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30  Total business/investment miles driven during the year (don't include commuting miles) | | | | | | | | | | | | |
| 31  Total commuting miles driven during the year | | | | | | | | | | | | |
| 32  Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33  Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34  Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35  Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36  Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37  Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38  Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39  Do you treat all use of vehicles by employees as personal use? | | |
| 40  Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41  Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42  Amortization of costs that begins during your 2016 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| 43  Amortization of costs that began before your 2016 tax year | | | | 43 | 33,455. |
| 44  Total. Add amounts in column (f). See the instructions for where to report | | | | 44 | 33,455. |

616252 12-21-16

Form **4562** (2016)

**2016 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GOODWILL | 11/07/13 | | 180M | | 43 | 458,236. | | | | 458,236. | 66,190. | | 30,549. | 96,739. |
| 2 | OFFICE EQUIPMENT | 11/07/13 | 200DB | 7.00 | HY | 17 | 53,813. | | 53,813. | | | | | 0. | |
| 3 | COMPUTER HARDWARE | 11/07/13 | 200DB | 5.00 | HY | 17 | 24,644. | | 24,644. | | | | | 0. | |
| 4 | SOFTWARE | 11/07/13 | SL | 3.00 | | 16 | 95,595. | | 95,595. | | | | | 0. | |
| 5 | PRODUCTION EQUIPMENT | 11/07/13 | 200DB | 7.00 | HY | 17 | 179,594. | | 179,594. | | | | | 0. | |
| 6 | TOOLS | 11/07/13 | 200DB | 7.00 | HY | 17 | 65,670. | | 65,670. | | | | | 0. | |
| 7 | OFFICE EQUIPMENT | 01/31/14 | 200DB | 7.00 | HY | 17 | 8,912. | | 8,912. | | | | | 0. | |
| 8 | OFFICE EQUIPMENT | 03/31/14 | 200DB | 7.00 | HY | 17 | 2,685. | | 2,685. | | | | | 0. | |
| 9 | OFFICE EQUIPMENT | 04/30/14 | 200DB | 7.00 | HY | 17 | 4,887. | | 4,887. | | | | | 0. | |
| 10 | OFFICE EQUIPMENT | 06/30/14 | 200DB | 7.00 | HY | 17 | 1,340. | | 1,340. | | | | | 0. | |
| 11 | OFFICE EQUIPMENT | 07/31/14 | 200DB | 7.00 | HY | 17 | 3,006. | | 3,006. | | | | | 0. | |
| 12 | AUTOMOBILE | 06/02/14 | 200DB | 5.00 | HY | 21 | 27,871. | | | 11,160. | 16,711. | 5,100. | | 3,050. | 8,150. |
| 13 | SOFTWARE | 05/01/14 | SL | 3.00 | | 16 | 8,173. | | 8,173. | | | | | 0. | |
| 14 | SOFTWARE | 09/30/14 | SL | 3.00 | | 16 | 2,621. | | 2,621. | | | | | 0. | |
| 15 | EQUIPMENT | 10/07/14 | 200DB | 7.00 | HY | 17 | 1,410. | | 1,410. | | | | | 0. | |
| 16 | EQUIPMENT | 10/07/14 | 200DB | 7.00 | HY | 17 | 70,000. | | 70,000. | | | | | 0. | |
| 17 | SOFTWARE | 08/10/15 | SL | 3.00 | | 16 | 3,995. | | 3,995. | | | | | 0. | |
| 18 | SOFTWARE | 12/30/15 | SL | 3.00 | | 16 | 9,091. | | 9,091. | | | | | 0. | |

628111 04-01-16                                  (D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2016 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                    OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | EQUIPMENT | 01/08/15 | 200DB | 7.00 | HY | 17 | 3,510. | | 3,510. | | | | | 0. | |
| 20 | EQUIPMENT | 09/21/15 | 200DB | 7.00 | HY | 17 | 8,799. | | 8,799. | | | | | 0. | |
| 21 | EQUIPMENT | 11/23/15 | 200DB | 7.00 | HY | 17 | 4,045. | | 4,045. | | | | | 0. | |
| 22 | EQUIPMENT | 09/09/15 | 200DB | 7.00 | HY | 17 | 3,500. | | 3,500. | | | | | 0. | |
| 23 | GOODWILL | 01/01/15 | | 180M | | 43 | 43,590. | | | | 43,590. | 2,906. | | 2,906. | 5,812. |
| 24 | CARRYOVER FROM 2015 ASSET # 17 | | | | HY | 10 | | | | | | | 34,799. | 34,799. | |
| | LESS 179 C/O | | | | | | | | | | | | -34,799. | -34,799. | |
| 25 | CARRYOVER FROM 2015 ASSET # 18 | | | | HY | 10 | | | | | | | 65,670. | 65,670. | |
| | LESS 179 C/O | | | | | | | | | | | | -65,670. | -65,670. | |
| 26 | CARRYOVER FROM 2015 ASSET # 24 | | | | HY | 10 | | | | | | | 3,995. | 3,995. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,995. | -3,995. | |
| 27 | CARRYOVER FROM 2015 ASSET # 25 | | | | HY | 10 | | | | | | | 9,091. | 9,091. | |
| | LESS 179 C/O | | | | | | | | | | | | -9,091. | -9,091. | |
| 28 | CARRYOVER FROM 2015 ASSET # 26 | | | | HY | 10 | | | | | | | 3,510. | 3,510. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,510. | -3,510. | |
| 29 | CARRYOVER FROM 2015 ASSET # 27 | | | | HY | 10 | | | | | | | 8,799. | 8,799. | |
| | LESS 179 C/O | | | | | | | | | | | | -8,799. | -8,799. | |
| 30 | CARRYOVER FROM 2015 ASSET # 28 | | | | HY | 10 | | | | | | | 4,045. | 4,045. | |

628111 04-01-16

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2016 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LESS 179 C/O | | | | | | | | | | | | -4,045. | -4,045. | |
| 31 | CARRYOVER FROM 2015 ASSET # 29 | | | | HY | 10 | | | | | | | 3,500. | 3,500. | |
| | LESS 179 C/O | | | | | | | | | | | | -3,500. | -3,500. | |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | | 1,084,987. | | 555,290. | 11,160. | 518,537. | 74,196. | | 36,505. | 110,701. |

628111 04-01-16

(D) - Asset disposed                                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

| Form **5472** | **Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business** | OMB No. 1545-0805 |
|---|---|---|

(Rev. December 2012)

(Under Sections 6038A and 6038C of the Internal Revenue Code)
▶ Information about Form 5472 and its separate instructions is at *www.irs.gov/form5472*.

Department of the Treasury
Internal Revenue Service

For tax year of the reporting corporation beginning **JAN 1** , **2016** and ending **DEC 31** , **2016**

Note. *Enter all information in English and money items in U.S. dollars.*

## Part I   Reporting Corporation (see instructions.) All reporting corporations must complete Part I.

**1a** Name of reporting corporation
PROTEC INSTRUMENT CORPORATION

Number, street, and room or suite no. (if a P.O. box, see instructions)
35 EDGE HILL ROAD

City or town, state, ZIP code (if a foreign address, see instructions)
WALTHAM                    MA 02451

**1b** Employer identification number
46-3942397

**1c** Total assets
$           3,967,833.

**1d** Principal business activity ▶ MANUFACTURER AND SAL
**1e** Principal business activity code ▶ 339900

**1f** Total value of gross payments made or received (see instructions) reported on this Form 5472
$        3,313,438.

**1g** Total number of Forms 5472 filed for the tax year
1

**1h** Total value of gross payments made or received (see instructions) reported on all Forms 5472
$        3,313,438.

**1i** Check here if this is a consolidated filing of Form 5472 ▶ ☐

**1j** Country of incorporation
USA

**1k** Country(ies) under whose laws the reporting corporation files an income tax return as a resident
USA

**1l** Principal country(ies) where business is conducted
USA

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of (a) the total voting power of all classes of the stock of the reporting corporation entitled to vote, or (b) the total value of all classes of stock of the reporting corporation ......... ▶ ☐

## Part II   25% Foreign Shareholder (see instructions)

**1a** Name and address of direct 25% foreign shareholder
LABORATOIRES PROTEC S.A.
10 RUE DE LA PRAIRIE
VILLEBON-SUR-YVETTE FRANCE 91120

**1b(1)** U.S. identifying number, if any
00-0000000

**1b(2)** Reference ID number (see instructions)
101

**1c** Principal country(ies) where business is conducted

**1d** Country of citizenship, organization, or incorporation

**1e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**2a** Name and address of direct 25% foreign shareholder

**2b(1)** U.S. identifying number, if any

**2b(2)** Reference ID number (see instructions)

**2c** Principal country(ies) where business is conducted

**2d** Country of citizenship, organization, or incorporation

**2e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**3a** Name and address of ultimate indirect 25% foreign shareholder

**3b(1)** U.S. identifying number, if any

**3b(2)** Reference ID number (see instructions)

**3c** Principal country(ies) where business is conducted

**3d** Country of citizenship, organization, or incorporation

**3e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**4a** Name and address of ultimate indirect 25% foreign shareholder

**4b(1)** U.S. identifying number, if any

**4b(2)** Reference ID number (see instructions)

**4c** Principal country(ies) where business is conducted

**4d** Country of citizenship, organization, or incorporation

**4e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

612581
04-01-16   LHA   For Paperwork Reduction Act Notice, see instructions.

Form **5472** (Rev. 12-2012)

PROTEC INSTRUMENT CORPORATION

46-3942397

Form 5472 (Rev. 12-2012)

Page **2**

### Part III  Related Party (see instructions)

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?   All reporting corporations must complete this question and the rest of Part III.

| 1a Name and address of related party | 1b(1) U.S. identifying number, if any |
|---|---|
| LABORATOIRES PROTEC S.A.<br>10 RUE DE LAPRAIRIE<br>VILLEBON-SUR-YVETTE FRANCE 91120 | 00-0000000<br><br>1b(2) Reference ID number (see instructions)<br>102 |

| 1c Principal business activity<br>▶ 339900 | 1d Principal business activity code<br>▶ 339900 |
|---|---|

1e Relationship-Check boxes that apply:  [ ] Related to reporting corporation   [ ] Related to 25% foreign shareholder   [X] 25% foreign shareholder

| 1f Principal country(ies) where business is conducted<br>FRANCE | 1g Country(ies) under whose laws the related party files an income tax return as a resident<br>FRANCE |
|---|---|

### Part IV  Monetary Transactions Between Reporting Corporations and Foreign Related Party (see instructions)

**Caution:** *Part IV must* be completed if the *"foreign person"* box is checked in the heading for Part III.

If estimates are used, check here ▶ [ ]

| | | | |
|---|---|---|---|
| 1 | Sales of stock in trade (inventory) | 1 | 1,310,503. |
| 2 | Sales of tangible property other than stock in trade | 2 | |
| 3 | Platform contribution transaction payments received | 3 | |
| 4 | Cost sharing transaction payments received | 4 | |
| 5a | Rents received (for other than intangible property rights) | 5a | |
| b | Royalties received (for other than intangible property rights) | 5b | |
| 6 | Sales, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 6 | |
| 7 | Consideration received for technical, managerial, engineering, construction, scientific, or like services | 7 | |
| 8 | Commissions received | 8 | |
| 9 | Amounts borrowed   a Beginning balance  1,702,935.   b Ending balance or monthly average ▶ | 9b | 2,002,935. |
| 10 | Interest received | 10 | |
| 11 | Premiums received for insurance or reinsurance | 11 | |
| 12 | Other amounts received (see instructions) | 12 | |
| 13 | **Total.** Combine amounts on lines 1 through 12 | 13 | 3,313,438. |
| 14 | Purchases of stock in trade (inventory) | 14 | |
| 15 | Purchases of tangible property other than stock in trade | 15 | |
| 16 | Platform contribution transaction payments paid | 16 | |
| 17 | Cost sharing transaction payments paid | 17 | |
| 18a | Rents paid (for other than intangible property rights) | 18a | |
| b | Royalties paid (for other than intangible property rights) | 18b | |
| 19 | Purchases, leases, licenses, etc., of intangible property rights (e.g., patents, trademarks, secret formulas) | 19 | |
| 20 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services | 20 | |
| 21 | Commissions paid | 21 | |
| 22 | Amounts loaned   a Beginning balance _____   b Ending balance or monthly average ▶ | 22b | |
| 23 | Interest paid | 23 | |
| 24 | Premiums paid for insurance or reinsurance | 24 | |
| 25 | Other amounts paid (see instructions) | 25 | |
| 26 | **Total.** Combine amounts on lines 14 through 25 | 26 | 0. |

### Part V  Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party (see instructions)

Describe these transactions on an attached separate sheet and check here. ▶ [ ]

### Part VI  Additional Information

All reporting corporations must complete Part VI.

| | | | |
|---|---|---|---|
| 1 | Does the reporting corporation import goods from a foreign related party? | [ ] Yes | [X] No |
| 2a | If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? | [ ] Yes | [ ] No |
| | If "No," do not complete b and c below. | | |
| b | If "Yes," attach a statement explaining the reason or reasons for such difference. | | |
| c | If the answers to questions 1 and 2a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? | [ ] Yes | [ ] No |
| 3 | During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement? | [ ] Yes | [X] No |
| 4 | During the course of the tax year, did the foreign parent corporation become a participant in any cost sharing arrangement? | [ ] Yes | [X] No |

612582 04-01-16

Form 5472 (Rev. 12-2012)

Form **6765**

Department of the Treasury
Internal Revenue Service

## Credit for Increasing Research Activities

▶ Attach to your tax return.

▶ Information about Form 6765 and its separate instructions is at *www.irs.gov/form6765*.

OMB No. 1545-0619

**2016**

Attachment
Sequence No. **81**

Name(s) shown on return

PROTEC INSTRUMENT CORPORATION

Identifying number

46-3942397

**Section A - Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Certain amounts paid or incurred to energy consortia | | | 1 | |
| 2 | Basic research payments to qualified organizations | 2 | | | |
| 3 | Qualified organization base period amount | 3 | | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- | | | 4 | |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 5 | | | |
| 6 | Cost of supplies | 6 | | | |
| 7 | Rental or lease costs of computers | 7 | | | |
| 8 | Enter the applicable percentage of contract research expenses | 8 | | | |
| 9 | Total qualified research expenses. Add lines 5 through 8 | 9 | | | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) | 10 | % | | |
| 11 | Enter average annual gross receipts | 11 | | | |
| 12 | Multiply line 11 by the percentage on line 10 | 12 | | | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- | 13 | | | |
| 14 | Multiply line 9 by 50% (0.50) | 14 | | | |
| 15 | Enter the smaller of line 13 or line 14 | | | 15 | |
| 16 | Add lines 1, 4, and 15 | | | 16 | |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☐ If "Yes," multiply line 16 by 13% (0.13). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control: see instructions for the statement that must be attached | | | 17 | |

**Section B - Alternative Simplified Credit.** Skip this section if you are completing Section A.

| | | | | | |
|---|---|---|---|---|---|
| 18 | Certain amounts paid or incurred to energy consortia | | | 18 | |
| 19 | Basic research payments to qualified organizations | 19 | | | |
| 20 | Qualified organization base period amount | 20 | | | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- | | | 21 | 0. |
| 22 | Add lines 18 and 21 | | | 22 | 0. |
| 23 | Multiply line 22 by 20% (0.20) | | | 23 | 0. |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) | 24 | | | |
| 25 | Cost of supplies | 25 | 1,480,572. | | |
| 26 | Rental or lease costs of computers | 26 | | | |
| 27 | Enter the applicable percentage of contract research expenses | 27 | | | |
| 28 | Total qualified research expenses. Add lines 24 through 27 | 28 | 1,480,572. | | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 | 29 | 1,078,977. | | |
| 30 | Divide line 29 by 6.0 | 30 | 179,830. | | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- | 31 | 1,300,742. | | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) | | | 32 | 182,104. |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **6765** (2016)

619681  12-30-16

Form 6765 (2016)  PROTEC INSTRUMENT CORPORATION                    46-3942397          Page 2

**Section B - Alternative Simplified Credit** (continued)

| | | | |
|---|---|---|---|
| 33 | Add lines 23 and 32 | 33 | 182,104. |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes ☒  No ☐ | | |
| | If "Yes," multiply line 33 by 65% (0.65). If "No," enter the amount from line 33 and see the line 17 | | |
| | instructions for the statement that must be attached. Members of controlled groups or businesses | | |
| | under common control; see instructions for the statement that must be attached | 34 | 118,368. |

**Section C - Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also | | |
| | used to figure the credit on line 17 or line 34 (whichever applies) | 35 | |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter -0- | 36 | 118,368. |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts | 37 | |
| 38 | Add lines 36 and 37 | 38 | 118,368. |
| | ● Estates and trusts, go to line 39. | | |
| | ● Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K. | | |
| | ● Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the | | |
| | amount on this line reduced by the amount on line 44. | | |
| | ● Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the | | |
| | definition of eligible small business. | | |
| | ● Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c. | | |
| | Note: Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must | | |
| | complete Form 3800 before completing Section D. | | |
| 39 | Amount allocated to beneficiaries of the estate or trust | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, | | |
| | line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D - Qualified Small Business Payroll Tax Election and Payroll Tax Credit.** Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions  ☒ | | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions | 42 | 118,368. |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations skip | | |
| | this line and go to line 44 | 43 | 188,502. |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, | | |
| | or line 43. Enter here and on Form 8974, line 5. Members of controlled groups or businesses under common control; | | |
| | see instructions for the statement that must be attached | 44 | 118,368. |

Form **6765** (2016)

Form **8903**
(Rev. December 2010)
Department of the Treasury
Internal Revenue Service

# Domestic Production Activities Deduction

▶ Attach to your tax return. ▶ See separate instructions.

OMB No. 1545-1984

Attachment
Sequence No. **143**

| Name(s) as shown on return | Identifying number |
|---|---|
| PROTEC INSTRUMENT CORPORATION | 46-3942397 |

**Note. Do not complete column (a), unless you have oil-related production activities.**
Enter amounts for all activities in column (b), including oil-related production activities.

| | | | (a) Oil-related production activities | (b) All activities |
|---|---|---|---|---|
| 1 | Domestic production gross receipts (DPGR) | 1 | | 3,089,361. |
| 2 | Allocable cost of goods sold. If you are using the small business simplified overall method, skip lines 2 and 3 | 2 | | 1,200,871. |
| 3 | Enter deductions and losses allocable to DPGR (see instructions) | 3 | | 2,493,108. |
| 4 | If you are using the small business simplified overall method, enter the amount of cost of goods sold and other deductions or losses you ratably apportion to DPGR. All others, skip line 4 | 4 | | |
| 5 | Add lines 2 through 4 | 5 | | 3,693,979. |
| 6 | Subtract line 5 from line 1 | 6 | | -604,618. |
| 7 | Qualified production activities income from estates, trusts, and certain partnerships and S corporations (see instructions) | 7 | | |
| 8 | Add lines 6 and 7. Estates and trusts, go to line 9, all others, skip line 9 and go to line 10 | 8 | | -604,618. |
| 9 | Amount allocated to beneficiaries of the estate or trust (see instructions) | 9 | | |
| 10a | Oil-related qualified production activities income. Estates and trusts, subtract line 9, column (a), from line 8, column (a), all others, enter amount from line 8, column (a). If zero or less, enter -0- here | 10a | | |
| b | Qualified production activities income. Estates and trusts, subtract line 9, column (b), from line 8, column (b), all others, enter amount from line 8, column (b). If zero or less, enter -0- here, skip lines 11 through 21, and enter -0- on line 22 | 10b | | 0. |
| 11 | Income limitation (see instructions): <ul><li>Individuals, estates, and trusts. Enter your adjusted gross income figured without the domestic production activities deduction</li><li>All others. Enter your taxable income figured without the domestic production activities deduction (tax-exempt organizations, see instructions)</li></ul> | 11 | | |
| 12 | Enter the smaller of line 10b or line 11. If zero or less, enter -0- here, skip lines 13 through 21, and enter -0- on line 22 | 12 | | |
| 13 | Enter 9% of line 12 | 13 | | |
| 14a | Enter the smaller of line 10a or line 12 | 14a | | |
| b | Reduction for oil-related qualified production activities income. Multiply line 14a by 3% | 14b | | |
| 15 | Subtract line 14b from line 13 | 15 | | |
| 16 | Form W-2 wages (see instructions) | 16 | | |
| 17 | Form W-2 wages from estates, trusts, and certain partnerships and S corporations (see instructions) | 17 | | |
| 18 | Add lines 16 and 17. Estates and trusts, go to line 19, all others, skip line 19 and go to line 20 | 18 | | |
| 19 | Amount allocated to beneficiaries of the estate or trust (see instructions) | 19 | | |
| 20 | Estates and trusts, subtract line 19 from line 18, all others, enter amount from line 18 | 20 | | |
| 21 | Form W-2 wage limitation. Enter 50% of line 20 | 21 | | |
| 22 | Enter the smaller of line 15 or line 21 | 22 | | 0. |
| 23 | Domestic production activities deduction from cooperatives. Enter deduction from Form 1099-PATR, box 6 | 23 | | |
| 24 | Expanded affiliated group allocation (see instructions) | 24 | | |
| 25 | Domestic production activities deduction. Combine lines 22 through 24 and enter the result here and on Form 1040, line 35; Form 1120, line 25; or the applicable line of your return | 25 | | 0. |

LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **8903** (Rev. 12-2010)

810911
04-01-16

**Qualified Production Activity Income Schedule**

Name
PROTEC INSTRUMENT CORPORATION

FEIN:
46-3942397

| Description | Oil-Related | Domestic Production Gross Receipts (DPGR) | DPGR Ratio | Directly Allocable Expenses | | Apportioned Expenses | Interest Expense Allocation/ Apportionment | | | Total Qualified Expenses | Qualified Production Activity Income |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Costs of Goods Sold | Other Costs | | Allocable Assets | Assets Ratio | Interest Expense | | |
| TRADE OR BUSINESS | | 3,089,361. | 1.000000 | 1,200,871. | 0. | 2,493,062. | | | 46. | 3,693,979. | -604,618. |
| TOTAL | | 3,089,361. | 1.000000 | 1,200,871. | 0. | 2,493,062. | | | 46. | | |
| | | | | | | | | | | | |
| TOTAL FROM QUALIFIED ACTIVITIES | | 3,089,361. | | 1,200,871. | 0. | 2,493,062. | | | 46. | 3,693,979. | -604,618. |

Election to Waive the Net Operating Loss Carryback Period

Protec Instrument Corporation
35 Edge Hill Road
Waltham, MA  02451

Employer Identification Number:  46-3942397

For the Year Ending December 31, 2016

Protec Instrument Corporation hereby Elects, pursuant to Sec.
172(b)(3) of the Internal Revenue Code, to relinquish the entire
carryback period with respect to the net operating loss incurred
for the tax year ended December 31, 2016, and will have such loss
available for carryforward only.

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Protec Instrument Corporation
35 Edge Hill Road
Waltham, MA   02451

Employer Identification Number:   46-3942397

For the Year Ending December 31, 2016

Protec Instrument Corporation is making the de minimis safe
harbor election under Reg. Sec. 1.263(a)-1(f).

PROTEC INSTRUMENT CORPORATION                                    46-3942397
**Statement of Consent to Apportionment Plan**
**Under IRC Sec. 179(d)(6). As amended.**

The undersigned corporations hereby consent to the following apportionment plan with respect to December 31, <u>2016</u>
Under Internal Revenue Code Section 179(d)(6), as amended by P.L. 97-34, as it applies to tax years beginning after
December 31, 1980.

| | | | Section 179 Apportionment | |
|---|---|---|---|---|
| Group Member's Name and Employer Identification Number | | Tax Year End | Cost of Property | Expensed Cost |
| 1. PROTEC INSTRUMENT CORPORATION | 46-3942397 | 12/31/16 | 2000000. | 500,000. |
| 2. PROTEC RE HOLDINGS INC | 47-1485295 | 12/31/16 | 0. | 0. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

The original of this election is filed with the Internal Revenue Service at: <u>CINCINNATI, OH</u>
together with the tax return of _____
filing for a taxable year including December 31. All other corporations are including a copy of this consent with their returns.

1. _____
    (Name of corporation)          By _____   Title _____

2. _____
    (Name of corporation)          By _____   Title _____

3. _____
    (Name of corporation)          By _____   Title _____

4. _____
    (Name of corporation)          By _____   Title _____

5. _____
    (Name of corporation)          By _____   Title _____

6. _____
    (Name of corporation)          By _____   Title _____

613781
04-01-16

PROTEC INSTRUMENT CORPORATION                                              46-3942397

FOOTNOTES                                    STATEMENT    1

PURSUANT TO INTERNAL REVENUE CODE TEMPORARY REGULATION;
SECTION 1.382-27(A)(2)(II), THE FOLLOWING IS PROVIDED:
A) THERE WERE NO TESTING DATES DURING THE YEAR.

PROTEC INSTRUMENT CORPORATION                                    46-3942397

---

FORM 1120                    OTHER INCOME                STATEMENT    2

DESCRIPTION                                              AMOUNT

MISCELLANEOUS                                            23,882.

TOTAL TO FORM 1120, LINE 10                             23,882.

---

FORM 1120                  TAXES AND LICENSES            STATEMENT    3

DESCRIPTION                                              AMOUNT

OTHER TAXES                                                -56.
PAYROLL TAXES                                          45,130.
MASSACHUSETTS TAXES - BASED ON INCOME                     500.

TOTAL TO FORM 1120, LINE 17                            45,574.

---

FORM 1120                  OTHER DEDUCTIONS             STATEMENT    4

DESCRIPTION                                              AMOUNT

AMORTIZATION                                           33,455.
AUTO                                                      819.
BANK FEES                                              28,178.
COMPLIANCE AND REGULATORY                              20,926.
COMPUTER COSTS                                          3,048.
EE & PERSONNEL COSTS                                   82,935.
INSURANCE                                              20,753.
INTERNET                                                2,465.
LANDSCAPING                                             3,400.
MEALS AND ENTERTAINMENT                                 1,559.
MISCELLANEOUS                                           5,854.
OFFICE SUPPLIES                                        13,970.
PAYROLL SERVICE                                         2,759.
PROFESSIONAL FEES                                      97,252.
RESEARCH AND DEVELOPMENT                            1,480,573.
SECURITY                                               2,240.
SOFTWARE LEASE                                        22,760.
TELEPHONE                                              9,735.
TRAVEL                                                17,151.
UTILITIES                                             39,767.

TOTAL TO FORM 1120, LINE 26                         1,889,599.

PROTEC INSTRUMENT CORPORATION 46-3942397

---

| NET OPERATING LOSS DEDUCTION | | | STATEMENT 5 |

| TAX YEAR | LOSS SUSTAINED | LOSS PREVIOUSLY APPLIED | LOSS REMAINING | AVAILABLE THIS YEAR |
|---|---|---|---|---|
| 12/31/15 | 406,788. | | 406,788. | 406,788. |
| NOL AVAILABLE THIS YEAR | | | 406,788. | 406,788. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 6 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM AFFILIATE | 434,566. | 100,938. |
| EE ADVANCES | | 7,500. |
| PREPAID INSURANCE | 5,000. | 17,126. |
| R&D COSTS | 750,456. | 2,231,805. |
| TOTAL TO SCHEDULE L, LINE 6 | 1,190,022. | 2,357,369. |

---

| SCHEDULE L | OTHER ASSETS | STATEMENT 7 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DEPOSITS | 7,600. | 7,600. |
| TOTAL TO SCHEDULE L, LINE 14 | 7,600. | 7,600. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 8 |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 340,844. | 542,621. |
| ACCRUED PAYROLL TAXES | 498. | 14,393. |
| DEFERRED TAX LIABILITY | 48,698. | 51,698. |
| SALES TAX PAYABLE | 2,782. | 4,749. |
| TOTAL TO SCHEDULE L, LINE 18 | 392,822. | 613,461. |

PROTEC INSTRUMENT CORPORATION                                    46-3942397

| SCHEDULE M-1 | OTHER EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN THIS RETURN | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DEFERRED TAX | 3,000. |
| INTEREST EXPENSE | 37,835. |
| BAD DEBT | 139,000. |
| COST OF SALES | 376,875. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 556,710. |

| SCHEDULE M-1 | OTHER DEDUCTIONS IN THIS RETURN NOT CHARGED AGAINST BOOK INCOME | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| R&D COSTS | 1,481,348. |
| COST OF SALES | 24,951. |
| AMORTIZATION | 33,455. |
| TOTAL TO SCHEDULE M-1, LINE 8 | 1,539,754. |

| FORM 1125-A | OTHER COSTS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSPORTATION | 88,313. |
| TOTAL TO LINE 5 | 88,313. |

STATEMENT(S) 9, 10, 11

PROTEC INSTRUMENT CORPORATION                                    46-3942397

---

FORM 3800          CARRYOVER OF GENERAL BUSINESS CREDITS       STATEMENT   12

---

| YEAR | TYPE OF CREDIT | ORIGINAL CREDIT | PREVIOUSLY APPLIED | CREDIT REMAINING | AVAILABLE THIS YEAR |
|------|----------------|-----------------|--------------------|-------------------|---------------------|
| 2013 | INCREASED R & D CREDIT | 887. | 0. | 887. | 887. |
| 2014 | INCREASED R & D CREDIT | 20,129. | 0. | 20,129. | 20,129. |
| 2015 | INCREASED R & D CREDIT | 49,118. | 0. | 49,118. | 49,118. |
| | TOTALS | 70,134. | 0. | 70,134. | 70,134. |
| | LESS TO FORM 4255, LINE 12 | | | | 0. |
| | TOTAL | | | | 70,134. |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Protec Instrument Corporation** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aerotek Professional Services 3689 Collection Center Drive Chicago, IL 60693** | | Staffing | | | | $49,953.77 |
| **Apex Measurement Systems 9864 East Grand Eiver Avenue, Ste. 1 Brighton, MI 48116** | | Trade Debt | | | | $3,860.00 |
| **Berluti McLaughlin and Kutchin, LLP 44 School Street, 9th Floor Boston, MA 02108** | | Legal Fees | | | | $7,266.23 |
| **Black Diamond Networks Inc. P.O. Box 960387 Boston, MA 02196** | | Staffing | | | | $15,680.00 |
| **Carlton National Resources, Inc. P.O. Box 436 Stratham, NH 03885** | | Trade Debt | | | | $9,738.00 |
| **Conductive Technologies 935 Borom Road York, PA 17404** | | Trade Debt | | | | $3,970.00 |
| **Eversource 247 Station Drive Westwood, MA 02090** | | Utility | | | | $5,495.46 |
| **Federal Express P.O. Box 371461 Pittsburg, PA 15250** | | Trade Debt | | | | $15,250.00 |

Debtor  **Protec Instrument Corporation**                              Case number (if known)
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GRC Professional Staffing 281 Cambridge Street Burlington, MA 01803** | | Staffing | | | | $27,530.51 |
| **Joyce Harty 20 Whitehall Road South Hampton, NH 03827** | | Bookkeeping Services | | | | $7,638.10 |
| **Ken Kopley Enterprises 62 Winter Street Gardner, MA 01440** | | Trade Debt | | | | $8,640.00 |
| **Mouser Electronics Inc. P.o. Box 99319 Fort Worth, TX 76199** | | Trade Debt | | | | $3,482.76 |
| **MOXTEK 452 West 1260 Orem, UT 84057** | | Trade Debt | | | | $6,095.00 |
| **National Grid Attn:  Bankruptcy Department 300 Erie Boulevard West Syracuse, NY 13202** | | Utility | | | | $6,495.11 |
| **Otis Elevator Company 1 Carrier Place Farmington, CT 06032** | | Trade Debt | | | | $12,652.29 |
| **Oxford Global Resources, LLC 100 Cummings Center, Suite 206L Beverly, MA 01915** | | Staffing | | | | $87,592.50 |
| **Provanzano and Marchesiani PC Lakeside Office Park 607 North Avenue, Ste. F Wakefield, MA 01880** | | Accounting Services | | | | $28,400.00 |
| **Radiation Safety and Control Services 91 Portsmouth Avenue Stratham, NH 03885** | | Trade Debt | | | | $8,290.25 |

Official form 204                  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                  page 2

| Debtor | **Protec Instrument Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Rosales Electric 34 Chandler Drive Marshfield, MA 02050** | | **Trade Debt** | | | | **$3,500.00** |
| **Triple Crown Employment 10814 Joyville Road, Building IV Austin, TX 78759** | | **Staffing** | | | | **$22,266.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Protec Instrument Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*...............................................................................    $    **2,170,000.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................    $    **1,302,694.12**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................    $    **3,472,694.12**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **1,525,736.24**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **64,721.55**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **1,135,064.13**

4. Total liabilities ........................................................................................................................
   Lines 2 + 3a + 3b                           $    **2,725,521.92**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Protec Instrument Corporation** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **People's United Bank - Operating Account** | **Checking** | **7493** | $0.00 |
| 3.2. | **People's United Bank - Accounts Payable** | **Checking** | **7494** | $3,475.52 |
| 3.3. | **People's United Bank - Accounts Receivable** | **Checking** | **7495** | $0.00 |
| 3.4. | **People's United Bank - Petty Cash Account** | **Checking** | **8068** | $3,007.00 |
| 3.5. | **Berkshire Bank - Accounts Payable** | **Checking** | **6946** | $21.16 |
| 3.6. | **Berkshire Bank - Petty Cash Account** | **Checking** | **4753** | $0.00 |
| 3.7. | **City National Bank of Florida** | **Checking** | **4057** | $1,111.02 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Protec Instrument Corporation**                              Case number *(If known)* _____
                    Name

| | | | |
|---|---|---|---|
| 3.8. | **Bershire Bank** | **Checking - Operating Account** | 8678 | **$0.00** |

| | | | |
|---|---|---|---|
| 3.9. | **Berkshire Bank** | **Checking - Accounts Receivable** | 6562 | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                            **$7,614.70**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:    **291,310.66**  -  **54,087.40** =....    **$237,223.26**
                                      face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                       **$237,223.26**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Inventory** | | **$0.00** | | **$100,625.15** |

20.    **Work in progress**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Protec Instrument Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                                     | **$100,625.15** |

Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**  **Office Equipment, Furniture, Computers and Software** | **$0.00** | | **$70,525.00** |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles**  *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                                     | **$70,525.00** |

Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Protec Instrument Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2015 Subaru Forester** | $0.00 | Comparable sale | $15,000.00 |

| | | | |
|---|---|---|---|
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $15,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **38-40 Edge Hill Road,<br>Waltham,<br>Massachusetts** | **Fee** | **$0.00** | | **$2,170,000.00** |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $2,170,000.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Protec Instrument Corporation**                                Case number *(If known)* _____
          Name

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **Sealed Source and Device License** License No.  MA1383-D-101-D | $0.00 | | $0.00 |
| **Materials License (Possession)** License No. 55-0705 | $0.00 | | $0.00 |
| **Materials License (Distribution)** License No.  53-0706 | $0.00 | | $0.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                          | $0.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Protec Instrument Corporation**                                    Case number *(If known)* _____
         <sub>Name</sub>

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     **Monies owed from Protec RE Holdings Inc.**                                    $871,706.01

---

78.  **Total of Part 11.**                                                          $871,706.01
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Protec Instrument Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,614.70 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $237,223.26 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $100,625.15 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $70,525.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $2,170,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $871,706.01 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,302,694.12 | + 91b. $2,170,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,472,694.12 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Protec Instrument Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $1,525,736.24 | $2,170,000.00 |
|---|---|---|---|---|

Creditor's Name

**One Van de Graaff Drive, Suite 202
Burlington, MA 01803**

**All Asset Security Interest**

Creditor's mailing address

**Describe the lien**
**UCC-1 Financing Statment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/20/2015**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,525,736.24 |
|---|---|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Courtney, Lee and Hamel P.C.**<br>**31 Wendell Avenue**<br>**Pittsfield, MA 01201** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **Protec Instrument Corporation**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,318.09 | $0.00 |

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $55,318.09   **Priority amount** $0.00

| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Payroll Taxes** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** Priority creditor's name and mailing address

**Massachusetts Department of
Revenue
Bankruptcy Unit**
P.O. Box 9564
Boston, MA 02114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,403.46   **Priority amount** $2,700.07

Date or dates debt was incurred
**2018**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Protec Instrument Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,953.77**

**Aerotek Professional Services**
**3689 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Staffing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357.82**

**Airgas**
**1 Plank Street**
**Billerica, MA 01821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

**Alpha Imaging Technologies**
**150 Western Avenue**
**Lowell, MA 01851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$907.00**

**Alpha Sprinkler Corporation**
**4 Masion Street, Unit B**
**Stoneham, MA 02180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.00**

**Altium**
**4275 Executive Square, Suite 825**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,860.00**

**Apex Measurement Systems**
**9864 East Grand Eiver Avenue, Ste. 1**
**Brighton, MI 48116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,266.23**

**Berluti McLaughlin and Kutchin, LLP**
**44 School Street, 9th Floor**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Protec Instrument Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,680.00** |
|---|---|---|
| **Black Diamond Networks Inc.**<br>P.O. Box 960387<br>Boston, MA 02196 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Staffing** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279.00** |
|---|---|---|
| **Boston Metrology**<br>270 Littleton Road, Suite 13<br>Westford, MA 01886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,150.00** |
|---|---|---|
| **Capitol Waste and Recycling, LLC**<br>250 Lee Burbank Highway<br>Revere, MA 02151 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.11**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,738.00** |
|---|---|---|
| **Carlton National Resources, Inc.**<br>P.O. Box 436<br>Stratham, NH 03885 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.00** |
|---|---|---|
| **Clematis Machine and Fixture Company**<br>42 Celmatis Avenue<br> MA 02254 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,241.75** |
|---|---|---|
| **Cogent**<br>1015 31st Street, NW<br>Washington, DC 20007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,970.00** |
|---|---|---|
| **Conductive Technologies**<br>935 Borom Road<br>York, PA 17404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Protec Instrument Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,231.54 |

**Digi-Key**
**701 Brooks Avenue South**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,495.46 |

**Eversource**
**247 Station Drive**
**Westwood, MA 02090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,250.00 |

**Federal Express**
**P.O. Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 |

**GMP Labeling**
**6806 Fallsbrook Court**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569,000.00 |

**Grant Holdings Limited**
**Regent House, Bisazza Street**
**Sliema SLM 1640**
**Malta**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,530.51 |

**GRC Professional Staffing**
**281 Cambridge Street**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,638.10 |

**Joyce Harty**
**20 Whitehall Road**
**South Hampton, NH 03827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Bookkeeping Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Protec Instrument Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**JW Machine LLC**
**81 Rumford Avenue**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143.72**

**Keane Fire and Safety Equipment Company**
**1500 Main Street**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,640.00**

**Ken Kopley Enterprises**
**62 Winter Street**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Laboratoires Protec S.A.**
**ZI la Prairie**
**10 rue de la Prairie**
**91140 Villebon-sur-Yvette, France**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Lee Spring Company**
**1235 North Hobson Street**
**Gilbert, AZ 85233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Lupus Umbra Corp.**
**1603 Capitol Avenue, Suite 314**
**Cheyenne, WY 82001**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,482.76**

**Mouser Electronics Inc.**
**P.o. Box 99319**
**Fort Worth, TX 76199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Protec Instrument Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,095.00**

**MOXTEK**
**452 West 1260**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,495.11**

**National Grid**
**Attn:  Bankruptcy Department**
**300 Erie Boulevard West**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utility**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,652.29**

**Otis Elevator Company**
**1 Carrier Place**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$87,592.50**

**Oxford Global Resources, LLC**
**100 Cummings Center, Suite 206L**
**Beverly, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing**

Last 4 digits of account number  **1455**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,309.81**

**Protection One**
**P.O. Box 219044**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,400.00**

**Provanzano and Marchesiani PC**
**Lakeside Office Park**
**607 North Avenue, Ste. F**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,199.99**

**Quickbooks - Support 2017**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Protec Instrument Corporation**
Name                                                                         Case number (if known) _____

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,290.25 |
|------|---|---|---|

**Radiation Safety and Control Services**
**91 Portsmouth Avenue**
**Stratham, NH 03885**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|------|---|---|---|

**Rosales Electric**
**34 Chandler Drive**
**Marshfield, MA 02050**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,572.80 |
|------|---|---|---|

**Royal Circuit Solutions**
**21 Hamilton Court**
**Hollister, CA 95023**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.39 |
|------|---|---|---|

**Staples**
**500 Staples Drive**
**Framingham, MA 01702**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|------|---|---|---|

**Techsol Engineering**
**718 Progress Way, Unit #101**
**Delta, British Columbia V4G 1MG**

    ■ Contingent
    ■ Unliquidated
    ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,617.07 |
|------|---|---|---|

**TPX**
**1 Sundail Avenue, Suite 414**
**Manchester, NH 03103**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $527.95 |
|------|---|---|---|

**Transcat**
**3251 Lewiston Street, Suite 12**
**Aurora, CO 80011**

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Protec Instrument Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,266.00**

**Triple Crown Employment**
10814 Joyville Road, Building IV
Austin, TX 78759

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,039.88**

**UPS**
P.O. Box 7242-0244
Philadelphia, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210,000.00**

**Verena Streber**
c/o 38 Edge Hill Road
Waltham, MA 02451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Loan and unpaid salary**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$131.71**

**W.B. Mason**
59 Centre Street
Brockton, MA 02301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.38**

**Webber Electronics**
38887 Taylor Parkway
North Ridgeville, OH 44039

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,906.34**

**Worldwide Express**
286 Washington Avenue
Albany, NY 12203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Davis S. Goldberg, Esq.**<br>**Law Offices of Goldber and Oriel**<br>**199 Wells Avenue, Suite 209**<br>**Newton Center, MA 02459** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | **Protec Instrument Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Mark Shuman, Esq.**<br>**Law Offices of Mark S. Shuman, P.C.**<br>**125 Summer Street, 12th Floor**<br>**Boston, MA 02110** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 64,721.55 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,135,064.13 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,199,785.68 |

**Fill in this information to identify the case:**

Debtor name        **Protec Instrument Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement - 38 Edge Hill Road, Waltham, Massachusetts** |
| State the term remaining | |
| List the contract number of any government contract | **Protec RE Holdings Inc. 38 Edge Hill Road Waltham, MA 02451** |

**Fill in this information to identify the case:**

Debtor name    **Protec Instrument Corporation**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Protec RE Holdings, Inc.** | **38 Edge Hill Road Waltham, MA 02451** | **Berkshire Bank** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Protec Instrument Corporation**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$216,476.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$1,042,244.97** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,263,722.75** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Protec Instrument Corporation**                                                   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Black Diamond Networks Inc. v. Protec Instrument Corporation** 1851SP000031 | **Supplementary Process** | **Waltham District Court 38 Linden Street Waltham, MA 02452** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Oxford Global Resources, LLC v. Protec Instrument Corporation** 1981CV00524 | **Civil** | **Middlesex Superior Court 200 Trade Center Woburn, MA 01801** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Aerotek, Inc. v. Protec Instrument Corporation** 1881CV 02487 | **Civil** | **Middlesex Superior Court 200 Trade Center Woburn, MA 01801** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Protec Instrument Corporation**                              Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jacobi and Chamberlain**<br>**4 Militia Drive**<br>**Lexington, MA 02421** | | **5/2019** | **$4,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**S. Streber** | | | |
| 11.2. | **Parker & Associates**<br>**10 Converse Place**<br>**Winchester, MA 01890** | | **6/24/19** | **$17,427.57** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**S. Streber** | | | |
| 11.3. | **Parker & Associates**<br>**10 Converse Place, Suite 201**<br>**Winchester, MA 01890** | | **6/24/19** | **$14,289.43** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**V. Streber** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Protec Instrument Corporation** | Case number *(if known)* |
|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Protec Instrument Corporation**                                    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various** | | **Customer instruments for servicing.** | **$0.00** |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■    No.
☐    Yes. Provide details below.

Debtor   **Protec Instrument Corporation**                                   Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Protec RE Holdings, Inc.**<br>**38 Edge Hill Road**<br>**Waltham, MA 02451** | **Real Estate Holdings** | EIN:   **47-1485285**<br><br>From-To   **July 30, 2014 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **John P. Mitchell**<br>**Provanzano and Marchesiani PC**<br>**333 North Avenue, #4B**<br>**Wakefield, MA 01880** | **April, 2014 to Present** |
| 26a.2.   **Joyce Harty**<br>**20 Whitehall Road**<br>**East Kingston, NH 03827** | **April 2014 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **Protec Instrument Corporation**                                    Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Grant Holdings Limited - Stephen Streber** | **Regent House, Bisazza Street Sliema SLM 1640 Malt** | **Shareholder** | **100%** |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Protec RE Holdings, Inc.** | **38 Edge Hill Road Waltham, MA 02451** | | **Debtor owns 100% of Protec RE Holdings, Inc.** |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Verena Streber** | **c/o 38 Edge Hill Road Waltham, MA 02451** | **President and Treasurer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| **Name** | **Address** | **Position and nature of any interest** | **Period during which position or interest was held** |
|---|---|---|---|
| **Pavel Streber** | | **Director** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **Protec Instrument Corporation**                              Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Verena Streber**<br>**c/o 38 Edge Hill Road**<br>**Waltham, MA 02472** | **$20,000** | **Various** | **Reimbursement of credit card payments for business expenses** |
| | Relationship to debtor<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 25, 2019**

**/s/ Verena Streber**                                   **Verena Streber**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Massachusetts

In re  **Protec Instrument Corporation**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Grant Holdings Limited**<br>**Regent House, Bisazza Street**<br>**Sliema SLM 1640**<br>**Malta** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 25, 2019**

Signature  **/s/ Verena Streber**

**Verena Streber**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re    **Protec Instrument Corporation**                          Case No. _____

                                    Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 25, 2019**                        **/s/ Verena Streber**
                                        **Verena Streber/President**
                                        Signer/Title

Aerotek Professional Services
3689 Collection Center Drive
Chicago, IL 60693

Airgas
1 Plank Street
Billerica, MA 01821

Alpha Imaging Technologies
150 Western Avenue
Lowell, MA 01851

Alpha Sprinkler Corporation
4 Masion Street, Unit B
Stoneham, MA 02180

Altium
4275 Executive Square, Suite 825
La Jolla, CA 92037

Apex Measurement Systems
9864 East Grand Eiver Avenue, Ste. 1
Brighton, MI 48116

Berkshire Bank
One Van de Graaff Drive, Suite 202
Burlington, MA 01803

Berluti McLaughlin and Kutchin, LLP
44 School Street, 9th Floor
Boston, MA 02108

Black Diamond Networks Inc.
P.O. Box 960387
Boston, MA 02196

Boston Metrology
270 Littleton Road, Suite 13
Westford, MA 01886

Capitol Waste and Recycling, LLC
250 Lee Burbank Highway
Revere, MA 02151

Carlton National Resources, Inc.
P.O. Box 436
Stratham, NH 03885

Clematis Machine and Fixture Company
42 Celmatis Avenue
MA 02254

Cogent
1015 31st Street, NW
Washington, DC 20007

Conductive Technologies
935 Borom Road
York, PA 17404

Courtney, Lee and Hamel P.C.
31 Wendell Avenue
Pittsfield, MA 01201

Davis S. Goldberg, Esq.
Law Offices of Goldber and Oriel
199 Wells Avenue, Suite 209
Newton Center, MA 02459

Digi-Key
701 Brooks Avenue South
Thief River Falls, MN 56701

Eversource
247 Station Drive
Westwood, MA 02090

Federal Express
P.O. Box 371461
Pittsburgh, PA 15250

GMP Labeling
6806 Fallsbrook Court
Granite Bay, CA 95746

Grant Holdings Limited
Regent House, Bisazza Street
Sliema SLM 1640
Malta

GRC Professional Staffing
281 Cambridge Street
Burlington, MA 01803

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Joyce Harty
20 Whitehall Road
South Hampton, NH 03827

JW Machine LLC
81 Rumford Avenue
Waltham, MA 02453

Keane Fire and Safety Equipment Company
1500 Main Street
Waltham, MA 02451

Ken Kopley Enterprises
62 Winter Street
Gardner, MA 01440

Laboratoires Protec S.A.
ZI la Prairie
10 rue de la Prairie
91140 Villebon-sur-Yvette, France

Lee Spring Company
1235 North Hobson Street
Gilbert, AZ 85233

Lupus Umbra Corp.
1603 Capitol Avenue, Suite 314
Cheyenne, WY 82001

Mark Shuman, Esq.
Law Offices of Mark S. Shuman, P.C.
125 Summer Street, 12th Floor
Boston, MA 02110

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Mouser Electronics Inc.
P.o. Box 99319
Fort Worth, TX 76199

MOXTEK
452 West 1260
Orem, UT 84057

National Grid
Attn: Bankruptcy Department
300 Erie Boulevard West
Syracuse, NY 13202

Otis Elevator Company
1 Carrier Place
Farmington, CT 06032

Oxford Global Resources, LLC
100 Cummings Center, Suite 206L
Beverly, MA 01915

Protec RE Holdings Inc.
38 Edge Hill Road
Waltham, MA 02451

Protec RE Holdings, Inc.
38 Edge Hill Road
Waltham, MA 02451

Protection One
P.O. Box 219044
Kansas City, MO 64121

Provanzano and Marchesiani PC
Lakeside Office Park
607 North Avenue, Ste. F
Wakefield, MA 01880

Quickbooks - Support 2017
2700 Coast Avenue
Mountain View, CA 94043

Radiation Safety and Control Services
91 Portsmouth Avenue
Stratham, NH 03885

Rosales Electric
34 Chandler Drive
Marshfield, MA 02050

Royal Circuit Solutions
21 Hamilton Court
Hollister, CA 95023

Staples
500 Staples Drive
Framingham, MA 01702

Techsol Engineering
718 Progress Way, Unit #101
Delta, British Columbia V4G 1MG

TPX
1 Sundail Avenue, Suite 414
Manchester, NH 03103

Transcat
3251 Lewiston Street, Suite 12
Aurora, CO 80011

Triple Crown Employment
10814 Joyville Road, Building IV
Austin, TX 78759

UPS
P.O. Box 7242-0244
Philadelphia, PA 19170

Verena Streber
c/o 38 Edge Hill Road
Waltham, MA 02451

W.B. Mason
59 Centre Street
Brockton, MA 02301

Webber Electronics
38887 Taylor Parkway
North Ridgeville, OH 44039

Worldwide Express
286 Washington Avenue
Albany, NY 12203

# United States Bankruptcy Court
## District of Massachusetts

In re   **Protec Instrument Corporation** _____    Case No. _____

                                                Debtor(s)    Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Protec Instrument Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 25, 2019** _____     **/s/ Nina M.  Parker** _____
Date                                         **Nina M.  Parker 389990**
                                        Signature of Attorney or Litigant
                                         Counsel for    **Protec Instrument Corporation** _____
                                         **Parker and Associates**
                                         **10 Converse Place, Suite 201**
                                         **Winchester, MA 01890**
                                         **(781)729-0005 Fax:(781)729-0187**
                                         **nparker@ninaparker.com**